UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00369-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GEORGIOS SGOUROS,

    Defendant.

**ORDER**

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that a 5-day jury trial is set for **Monday, September 13, 2010, at 9:00 a.m. in courtroom A-1002.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference will NOT be set at this time. The parties shall contact Chambers should a hearing become necessary.

Dated: July 19, 2010

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Chief United States District Judge