**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CASE NO. 10-cr-00369-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GEORGIOS SGOUROS,

        Defendant.

_____

**DEFENDANT'S UNOPPOSED MOTION FOR A DESIGNATION OF COMPLEXITY AND FOR EXCLUSION OF 120 DAYS FROM THE SPEEDY TRIAL ACT AND FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS**
_____

Defendant Georgios Sgouros ("Mr. Sgouros"), by and through undersigned counsel, respectfully moves this Court to for an order declaring this case to be complex and excluding 120 days from the speedy trial computations, and extending by 90 days the time for filing pretrial motions. In support of this motion, Mr. Sgouros states as follows:

1.     A Grand Jury has charged Mr. Sgouros in a three-count Indictment with one count of travel in interstate commerce for the purposes of engaging in illicit sexual conduct, in violation of 18 U.S.C. § 2423(b); one count of crossing a state line with intent to engage in a sexual act with a person who has not attained the age of 12, in violation of 18 U.S.C. § 2241(c); and one count of attempted coercion and enticement, in violation of 18 U.S.C. § 2422(b).

2.	18 U.S.C. § 3161(h)(7)(A) authorizes this Court to exclude from the time limitations set forth in the Speedy Trial Act any delay for which the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(B)(ii) provides that a factor for the Court to consider in granting this delay is "[w]hether the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section." 18 U.S.C. § 3161(h)(8)(B)(ii). Mr. Sgouros submits that this case meets this criteria and respectfully requests that the Court exclude ninety days from the Speedy Trial calculations.

3.	First, the nature of the prosecution justifies a speedy trial exclusion. This case involves allegations of travel from a foreign country to engage in illicit sexual conduct in the United States. The evidence in this case consists primarily of e-mail messages from a computer in Greece, over the course of several months, to the United States.[1] A proper defense of this case will require the defense to examine this computer and possibly conduct a forensic analysis of the computer. The hard drive of this computer is located in Greece and is in the possession of Greek authorities. Counsel will need the assistance of both the government and the Greek authorities to obtain this evidence. A forensic review of these materials will take additional time.

---

[1] Undersigned counsel received approximately 4,000 pages of discovery on July 21, 2010.

4.	Second, this case will likely involve pretrial motions. Information obtained so far in this case indicates that Greek authorities searched the defendant's home and seized a computer and hard drive. Whether a search warrant was obtained prior to this seizure is unknown.

5.	Given the complexity of the pretrial motions, coupled with the nature of the prosecution and evidence in this case, the defense asserts that it will be unreasonable to prepare for trial and pretrial motions within the time limits provided by the Speedy Trial Act. As a result, the defense respectfully requests that this Court exclude 120 days from these time limits.

6.	Undersigned counsel has contacted Assistant United States Attorney Judy Smith and Ms. Smith does not object to this motion.

WHEREFORE, Mr. Sgouros respectfully moves this Court for an order excluding 120 days from the speedy trial computations, and extending by 90 days the time for filing pretrial motions.

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender


s/ Matthew C. Golla
MATTHEW C. GOLLA
Office of the Federal Public Defender
633 - 17th Street, Suite 1000
Denver, Colorado  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
E-mail: Matt_Golla@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2010, 2010, I electronically filed the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR A DESIGNATION OF COMPLEXITY AND FOR EXCLUSION OF 120 DAYS FROM THE SPEEDY TRIAL ACT AND FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Judy Smith, Assistant United States Attorney
    judith.smith3@usdoj.gov

                        s/ Matthew C. Golla
                        MATTHEW C. GOLLA
                        Attorney for Defendant
                        Office of the Federal Public Defender
                        633 17th Street, Suite 1000
                        Denver, CO   80202
                        Telephone:  (303) 294-7002
                        FAX:  (303) 294-1192
                        Matt_Golla@fd.org