UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00369-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  GEORGIOS SGOUROS,

       Defendant.

## PROTECTIVE ORDER

THIS MATTER comes before the Court on the Government's Unopposed Motion for Protective Order (ECF No. 30).  The Court has considered the motion and finds that it should be granted pursuant to Fed. R. Crim. P. 16(d)(1) for good cause shown.  Accordingly, it is

ORDERED that the Government's Unopposed Motion for Protective Order (ECF No. 30) is **GRANTED.**  In accordance therewith, it is

FURTHER ORDERED AS FOLLOWS:

   1.   As to the make and model numbers of the recording devices used in connection with the investigation of the above-captioned case ("Protected Information") the parties agree to the following terms:

       a.   The Protected Information will be disclosed only to defense counsel and to his retained expert, namely BEK TEC, LLC.

       b.   The Protected Information will not be further disseminated, and will

not be disclosed to the Defendant in this case.

      c.     Defense counsel and his retained expert shall keep the Protected Information in strict confidence; it will use the Protected Information exclusively in connection with this case and for no other purpose.

      d.     Defense counsel shall ensure that persons at BEK TEC, LLC who receive the Protected Information will read the Court's Order, and are informed of their responsibility to safeguard the information, and to protect it from further dissemination.

      e.     At the conclusion of this case, defense counsel's retained expert agrees to destroy the Protected Information, and any references to the Protected Information.

      f.     Defense counsel may retain this information, but only as it relates to this case; the information may not be used for any other purpose.

Dated: April 29, 2011

                                 BY THE COURT:

                                 s/ Wiley Y. Daniel
                                 Wiley Y. Daniel
                                 Chief United States District Judge