# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00369-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGIOS SGOUROS,

    Defendant.

---

## JOINT STATUS REPORT

---

    The United States of America, by and through Judith A. Smith, Assistant United States Attorney, hereby files this status report, and does so after conferring with and with agreement of defense counsel.

    On March 25, 2011, this Court granted defendant's motion for exclusion of time, and excluded an additional 35 days from the speedy-trial deadlines. [Docket #29, Order at p.5] On April 29, 2011, this Court granted the government's motion for order of protection. [Docket #31]. The parties anticipate the defendant will be filing a Notice of Disposition next week. By the government's calculations, 62 days are currently remaining in speedy trial.

    Respectfully submitted,

    JOHN F. WALSH
    United States Attorney

    By:  _s/Judith A. Smith_____
    Judith A. Smith
    Assistant U.S. Attorney
    U.S. Attorney's Office

        1225 17th St., Ste. 700
        Denver, CO 80202
        Telephone: 303-454-0200
        Fax:  303-454-0406
        E-mail:  Judith.Smith3@usdoj.gov
        Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Thomas Goodreid:  t.goodreid@comcast.net

and I hereby certify that I have mailed or served the document or paper to the following CM/ECF participants in the manner (mail, hand deliver, etc.) indicated by the non-participant's name:

    N/A

        s/ Judith A. Smith_____
        JUDITH A. SMITH
        Assistant U.S. Attorney
        U.S. Attorney's Office
        1225 17th St., Ste. 700
        Denver, CO 80202
        Telephone: 303-454-0200
        Fax:  303-454-0406
        E-mail:  Judith.Smith3@usdoj.gov
        Attorney for Government