IN THE UNITED STATES DISTRICT COURT
F0R THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00369-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     GEORGIOS SGOUROS,

      Defendant.

_____

## NOTICE OF DISPOSITION
_____

      Defendant Georgios Sgouros, through counsel, hereby advises the Court that he has reached a disposition with the Government and that he will be prepared to proceed with a change of plea hearing on a date to be set by the Court on its calendar.

      Dated this 6th day of May, 2011.

                                            Respectfully submitted,

                                            s/Thomas E. Goodreid
                                            Thomas E. Goodreid
                                            1801 Broadway, Suite 1100
                                            Denver, CO  80202
                                            (303) 296-2048
                                            *t.goodreid@comcast.net*

2

## CERTIFICATE OF SERVICE

      I certify that on this 6th day of May, 2011, I electronically filed the foregoing **NOTICE OF DISPOSITION** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Judith.Smith3@usdoj.gov
(Judith A. Smith)


                                      s/Thomas E. Goodreid
                                      Thomas E. Goodreid
                                      1801 Broadway, Suite 1100
                                      Denver, CO  80202
                                      (303) 296-2048
                                      *t.goodreid@comcast.net*