**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | September 30, 2011 | Prob/Pret: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Kellie Koutsis |
| Court Reporter/ECR: | Therese Lindblom | | |

| | | |
|---|---|---|
| Criminal Case No. | **10-cr-00369-WYD** | Counsel: |
| UNITED STATES OF AMERICA, | | Judith A. Smith |
| Plaintiff, | | |
| v. | | |
| **1.  GEORGIOS SGOUROS**, | | Thomas E. Goodreid |
| Defendant. | | |

**ARRAIGNMENT AND CHANGE OF PLEA HEARING**

**9:11 a.m.**   Court in Session - Defendant present (in-custody)

APPEARANCES OF COUNSEL.

Court's opening remarks.

9:16 a.m.   Discussion regarding plea agreement pursuant to F.R.Cr.P. 11(c)(1)(C).

**ORDERED:**   Court will not accept a F.R.Cr.P. 11(c)(1)(C) plea in this case.

**ORDERED:**   Counsel shall file a status report not later than **Friday, October 14, 2011.**

**ORDERED:**   Defendant is **REMANDED** to custody of U.S. Marshal.

**9:30 a.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :19**