**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | March 14, 2012 | Probation: | Gary Kruck |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:   **10-cr-00369-WYD**          Counsel:

UNITED STATES OF AMERICA,                Judith A. Smith

       Plaintiff,

v.

**1.  GEORGIOS SGOUROS**,                 Thomas E. Goodreid

       Defendant.

**SENTENCING**

| | |
|---|---|
| **10:08 a.m.** | Court in Session - Defendant present (in-custody) |
| | **Change of Plea Hearing - December 1, 2011, at 9:00 a.m.**<br>**Plea of Guilty - count one of Indictment** |
| | APPEARANCES OF COUNSEL. |
| | Court's opening remarks. |
| 10:10 a.m. | Statement on behalf of Government (Ms. Smith). |
| 10:13 a.m. | Statement on behalf of Defendant (Mr. Goodreid). |
| 10:14 a.m. | Statement by Defendant on his own behalf (Mr. Sgouros). |
| | Court makes findings. |

**ORDERED:**   Government's Motion for Decrease for Acceptance of Responsibility (ECF Doc. No. 47), filed February 29, 2012, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:**   Joint Motion for Non-Guideline Sentence (ECF Doc. No. 48), filed February 29, 2012, is **GRANTED.**

**ORDERED:**   Defendant be **imprisoned** for **120** months.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at the most suitable facility on the eastern coast of the United States.**

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **10** years.

**ORDERED:**   **Conditions** of **Supervised Release** are:

(X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)   Defendant shall not commit another federal, state or local crime.

(X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)   Defendant shall comply with standard conditions adopted by the Court.

(X)   Defendant shall not unlawfully possess a controlled substance.

(X)   The Court waives the mandatory drug testing provisions of 18 U.S.C. § 3583(d), because the presentence report indicates a low risk of future substance abuse by the defendant.

(X)   The defendant shall cooperate in the collection of DNA as directed by the probation officer.  The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he resides, works, is a student, or was convicted of a qualifying offense.

**ORDERED:**   **Special Condition(s)** of **Supervised Release** are:

(X)   If the defendant is deported, he shall not thereafter re-enter the United States illegally.  If the defendant re-enters the United States legally, he shall report to the nearest U.S. Probation Office within 72 hours of his return.

(X)   If not deported, the defendant shall participate in and successfully complete an approved program of sex offender evaluation and treatment, which may include polygraph, plethysmograph and Abel examinations, as directed by the probation officer.  The defendant will be required to pay the cost of these evaluations and treatment.  The defendant shall comply with the rules and restrictions specified by the treatment agency.  The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

(X)   If not deported, the defendant's use of computers and Internet access devices shall be limited to those the defendant requests to use, and which the probation officer authorizes.  The defendant shall submit his person, and any property, house, residence, vehicle, papers, computer, other electronic communications or data storage devices or media, and effects to search at any time, with our without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition of supervised release or unlawful conduct by the person, and by any probation officer in the lawful discharge of the officer's supervision functions.

(X)   If not deported, the defendant shall allow the probation officer to install software/hardware designed to monitor computer activities on any computer the defendant is authorized by the probation officer to use.  The software may record any and all activity on the computer, including the capture of keystrokes, application information, Internet use history, email correspondence, and chat conversations.  A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software on the computer.  The defendant shall not attempt to remove, tamper with, reverse engineer, or in any way circumvent the software/hardware.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

| | |
|---|---|
| **ORDERED:** | Government's Motion to Dismiss Counts Two and Three of the Indictment (ECF Doc. No. 46), filed February 29, 2012, is **GRANTED.** |
| | Order to Dismiss is **APPROVED BY THE COURT.** |
| **ORDERED:** | Defendant is **REMANDED** to the custody of the U.S. Marshal. |
| **10:22 a.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:   :14**