UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00369-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GEORGIOS SGOUROS,

    Defendant.

## ORDER TO DISMISS

Upon consideration of the Government's Motion to Dismiss, and for good cause shown, it is hereby

ORDERED that Government's Motion to Dismiss (ECF Doc. No. 46), filed February 29, 2012, is **GRANTED.**  It is further

ORDERED that Counts Two and Three be dismissed as to the defendant.

Dated:  March 14, 2012.

                         BY THE COURT:

                         s/ Wiley Y. Daniel
                         WILEY Y. DANIEL,
                         CHIEF UNITED STATES DISTRICT JUDGE